UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | NO. 3:13-mj-~~106~~ 1067 |
| v. | ) | |
| | ) | JUDGE TRAUGER |
| ROBERT STEVEN POLLORENO | ) | |
| | ) | |

MOTION TO UNSEAL CASE

The United States respectfully moves that the Court direct the Clerk's Office to unseal the filings in the above-styled case on the basis that the arrest warrant has been executed and there is no further need for the case to remain under seal.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney for the
Middle District of Tennessee

_____
S. Carran Daughtrey
Assistant U. S. Attorney
110 9th Avenue, South, Suite A-961
Nashville, TN 37203-3870
Phone: 615/736-5151